**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**LEEDS BROWN LAW, P.C.**
Brett R. Cohen, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
bcohen@leedsbrownlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEAK, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br>   v.<br><br>THE ATHLETIC MEDIA COMPANY,<br><br>                          Defendant. | Case No. 3:22-cv-00084-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE**<br><br>Judge: Hon. Richard Seeborg |

1  Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff James Leak hereby dismisses, without prejudice, all claims against Defendant The Athletic Media Company.  Each party shall bear its own costs.

Dated:  April 26, 2022          **BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**LEEDS BROWN LAW, P.C.**
Brett R. Cohen, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
bcohen@leedsbrownlaw.com

*Attorneys for Plaintiff*